CYRUS H. WILBUR et al., Respondents, *v.* ASA D. SOULE, Appellant.

(Submitted October 21, 1884;  decided October 31, 1884.)

*J. Welling* for appellant.

*Henry M. Field* for respondents.

Agree to dismiss appeal; no opinion.
All concur.
Appeal dismissed.

---

LEO NEUMAN, Appellant, *v.* THE THIRD AVENUE RAILROAD COMPANY, Respondent.

(Argued October 21, 1884 ;  decided October 31, 1884.)

*William N. Cohn* for appellant.

*Benjamin Patterson* for respondent.

Agree to dismiss appeal; no opinion.
All concur.
Appeal dismissed.